No. 91–1518. PARKER ET AL. *v.* KING, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, ET AL. C. A. 11th Cir. Certiorari

denied. JUSTICE WHITE would grant certiorari.